UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: | Bankruptcy Case No. 1:10-bk-15025 |
| VERA CHESNOKOVA | |
| Debtor | Adversary Proceeding No. 1:12-ap-01018 |
| VERA CHESNOKOVA | |
| Plaintiff | |
| v. | |
| WELLS FARGO BANK, NA | |
| Defendant | |

## STIPULATION

The time for defendant, Wells Fargo Bank, NA, to answer plaintiff's Complaint is extended up to and including May 10, 2012.

| The Plaintiff, | The Defendant, |
|---|---|
| Vera Chesnokova, | Wells Fargo Bank, NA |
| By her Attorney, | By its Attorney, |
| | |
| /s/ Gregory P. Sorbello | /s/ Shanna M. Boughton |
| Peter M. Iascone – No. 3125 | Shanna M. Boughton – No. 8283 |
| Gregory P. Sorbello – No. 6564 | Litchfield Cavo, LLP |
| Peter M. Iascone & Associates, Ltd. | 6 Kimball Lane, Suite 200 |
| 117 Bellevue Avenue | Lynnfield, MA 01940 |
| Newport, RI 02840 | (781) 309-1500 |
| (401) 848-5200 | (781) 246-0167 |
| | |
| Date: April 5, 2012 | Date: April 5, 2012 |

APPROVED: _____
Arthur N. Votolato
U.S. Bankruptcy Judge
Entered on Docket: 4/6/2012

1