*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: **Vera Chesnokova**

BK No. **1:10–bk–15025**
Chapter **7**

Debtor(s)

**Vera Chesnokova** *et al.*
Plaintiff(s)
    v.
**Wells Fargo Bank, NA** *et al.*
Defendant(s)

AP No. **1:12–ap–01018**

### *ORDER STRIKING, WITHOUT PREJUDICE, DEFECTIVE DOCUMENT*

On 6/21/2012 a[n] *Motion to Vacate* was filed by *Defendant Wells Fargo Bank, NA*, but is procedurally defective for the following reason: ***Pleading cannot be electronically filed by one attorney and signed by another attorney*** Accordingly, the document is stricken without prejudice and

☐ no further action is required.

☑ must be refiled in the correct format for further consideration by the court..

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **6/22/12**

Entered on Docket: **6/22/12**
Document Number: **12 – 11**

850.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*