UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: | Bankruptcy Case No. 1:10-bk-15025 |
| VERA CHESNOKOVA | |
| Debtor | Adversary Proceeding No. 1:12-ap-01018 |
| VERA CHESNOKOVA | |
| Plaintiff | |
| v. | |
| WELLS FARGO BANK, NA | |
| Defendant | |

### STIPULATION

Plaintiff, Vera Chesnokova, and Defendant, Wells Fargo Bank, NA ("Wells Fargo"), hereby stipulate and agree to the following:

1. That any default previously entered against Wells Fargo in the above-entitled matter shall be vacated.
2. Wells Fargo shall have until July 20, 2012 to file an Answer to Plaintiff's Complaint.

| The Plaintiff, | The Defendant, |
|---|---|
| Vera Chesnokova, | Wells Fargo Bank, NA |
| By her Attorney, | By its Attorney, |
| /s/ Gregory P. Sorbello | /s/ Shanna M. Boughton |
| Peter M. Iascone – No. 3125 | Shanna M. Boughton – No. 8283 |
| Gregory P. Sorbello – No. 6564 | Litchfield Cavo, LLP |
| Peter M. Iascone & Associates, Ltd. | 6 Kimball Lane, Suite 200 |
| 117 Bellevue Avenue | Lynnfield, MA 01940 |
| Newport, RI 02840 | (781) 309-1500 |
| (401) 848-5200 | (781) 246-0167 |
| Date: July 6, 2012 | Date: July 6, 2012 |

APPROVED:

_/s/ Arthur N. Votolato_
Arthur N. Votolato
U.S. Bankruptcy Judge

1

Entered on Docket: 7/9/2012