**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Re:    VERA CHESNOKOVA | Docket No: 1:10-bk-15025 |
|            Debtor | Chapter 7 |

| | |
|---|---|
| VERA CHESNOKOVA                    )<br>                              Plaintiff    )<br>                                                )<br>vs.                                             )<br>                                                )<br>WELLS FARGO BANK, NATIONAL )<br>ASSOCIATION                              )<br>                              Defendant   ) | AP No: 1:12-ap-01018 |

## STIPULATION

Now comes the Plaintiff in the above-entitled matter and hereby states that the within action has been settled and may be dismissed, each side to bear their own costs and fees.

| The Plaintiff, | The Defendant, |
|---|---|
| By Her Attorney, | By its Attorney |
| /s/ Peter M. Iascone | /s/ Shanna M. Boughton |
| Peter M. Iascone       No. 3125 | Shanna M. Boughton    No. 8283 |
| Peter M. Iascone & Associates, Ltd. | Litchfield Cavo, LLP |
| 117 Bellevue Avenue | 6 Kimball Lane, Suite 200 |
| Newport, RI 02840 | Lynnfield, MA 01940 |
| (401) 848-5200 | (781) 309-1500 |
| (401) 846-8189 facsimile | (781) 246-0167 facsimile |
| iascone@law.necoxmail.com | boughton@litchfieldcavo.com |

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2013 I electronically filed the Stipulation with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

- Shanna Marie Boughton    boughton@litchfieldcavo.com
- Bethany M. Whitmarsh    whitmarsh@litchfieldcavo.com, mccoy@litchfieldcavo.com

I hereby certify that on March 25, 2013 I have mailed by United States Postal Service, Postage Prepaid, the Stipulation and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants: None.

/s/ Peter M. Iascone